IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYLVIA BENAVIDES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:20-cv-1218** |
| | § | |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES | § | |
| | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Holt M. Lackey moves to withdraw as counsel for Plaintiff in this case due to his leaving Ellwanger Law. Plaintiff will continue to be represented by counsel from Ellwanger Law LLLP.

Dated: September 15, 2022

Respectfully submitted,

*/s/ Holt M. Lackey*
Holt M. Lackey
Texas State Bar No. 24047763
hlackey@equalrights.law
Ellwanger Law LLLP
8310-1 N. Capital of Texas Hwy.
Suite 190
Austin, Texas  78731
Telephone: (737) 808-2260
Facsimile:  (737) 808-2238
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On September 14, 2022 I corresponded by email with John Ramsey, counsel for Defendant, and confirmed that this Motion is unopposed.

*/s/ Holt M. Lackey*
Holt M. Lackey

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Holt M. Lackey*
Holt M. Lackey