IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 28 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| SYLVIA BENAVIDES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-1218-RP |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, | § § § | |
| Defendant. | § § | |

## VERDICT FORM

### Part 1: Disability

**Question No. 1**

Did Plaintiff Sylvia Benavides have a disability?

Answer "Yes" or "No": _____Yes_____

If you answered "Yes" to question No. 1, then answer Question No. 2. If you answered "No", then sign and return your verdict form.

### Part 2: Qualified Individual

**Question No. 2**

Was Plaintiff Sylvia Benavides a qualified individual as defined in Instruction No. 9?

Answer "Yes" or "No": _____No_____

If you answered "Yes" to question No. 2, then answer Question No. 3. If you answered "No", then sign and return your verdict form.

### Part 3: Disability Discrimination

**Question No. 3**

Has Plaintiff Sylvia Benavides proved by a preponderance of the evidence that Defendant DFPS terminated her solely on the basis of one or multiple of the following:

1

On the basis of her disability?

Answer "Yes" or "No":_____

On the basis of her being regarded as disabled?

Answer "Yes" or "No":_____

On the basis of her having a record of disability?

Answer "Yes" or "No":_____

Answer Question No. 4.

## Question No. 4

Did Defendant DFPS fail to reasonably accommodate a disability claimed by Plaintiff Sylvia Benavides?

Answer "Yes" or "No":_____

If you answered "No" to each line of Questions 3 and 4, sign and return your verdict form. If you answered "Yes" to any line of Question Nos. 3 or 4, then answer Question 5.

### Part 4: Damages

## Question No. 5

What sum of money if paid now in cash, would fairly and reasonably compensate Plaintiff Sylvia Benavides for the damages, if any, you have found Defendant DFPS caused Plaintiff Sylvia Benavides? Answer in dollars and cents for the following items and none other:

Lost wages and employment benefits, if any, from December 13, 2017, to today.

$_____

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

SIGNED this __28__ day of __February__, 2024.