IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYLVIA BENAVIDES | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:20-cv-1218 |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF | § | JURY TRIAL DEMANDED |
| FAMILY AND PROTECTIVE | § | |
| SERVICES | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

On February 28, 2024, the jury in this case rendered a verdict in favor of Defendant Texas Department of Family and Protective Services. As a result, the Court renders final judgment pursuant to Rule 58. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs. Any relief not expressly granted herein is denied.

**IT IS ORDERED** that this case is **CLOSED**.

Signed March 14, 2024.

_____
Honorable Robert Pitman
United States District Judge